Case 3:19-cr-00495-IM   Document 202   Filed 01/24/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Miguel Angel Villa-Raya | ) Case No: 3:19-cr-00495-IM-6 |
|  | ) USM No: 81665-065 |
| Date of Original Judgment: 10/17/2022 | ) |
| Date of Previous Amended Judgment: | ) Michelle M. Sweet |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   27   months **is reduced to**   time served   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   10/17/2022   shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | 01/24/2024 | /s/ Karin J. Immergut |
|---|---|---|
|  |  | *Judge's signature* |
| Effective Date: | 02/01/2024 | Karin J. Immergut, U.S. District Court Judge |
|  | *(if different from order date)* | *Printed name and title* |